# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ANDERSON DIVISION

| | |
|---|---|
| Cameron Crow Bagwell and Corey Darren Bagwell,<br><br>    Plaintiffs,<br>vs.<br><br>Gammill, Inc. and Jearld Ray Collins,<br><br>    Defendants. | **PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**<br><br>C.A. No.: 8:19-cv-03080-TMC |

Pursuant to the Scheduling Order, Plaintiffs herein, by and through their undersigned counsel of record, hereby designates as expert witnesses in the above-captioned case, the following individuals:

1. **Glen K. Adams**
   **PO Box 537**
   **White Rock, SC 29177**

   **Glen K. Adams is a Vocational Analyst and is expected to testify concerning his vocational assessments of Plaintiffs. His curriculum vitae is attached as Exhibit A.**

2. **Dr. Charles L. Alford, Ph.D.**
   **109 Laurens Rd., Bldg. 2, Ste. C**
   **Greenville SC 29607**

   **Dr. Charles L. Alford, Ph.D, is an Economist and is expected to testify concerning his assessments of the economic impact Plaintiffs' injuries will have as a result of the collision which gives rise to this action. His curriculum vitae is attached as Exhibit B.**

3. **David L. Dorrity**
   **Dorrity Safety Counsulting, LLC**
   **2 Meeting Place**
   **Greenville SC 29615**

**David L. Dorrity is a Transportation Safety Expert and is expected to testify concerning his analysis and assessment of the collision which gives rise to this action. His curriculum vitae is attached as Exhibit C.**

4.       **Brian Boggess, P.E.**
           **SEA, Ltd.**
           **1515 Center Park Drive**
           **Charlotte, NC 28217**

**Brian Boggess is a Project Engineer and is expected to testify concerning his analysis and assessment of the collision which gives rise to this action and Plaintiffs' motorcycle that was involved in the collision. His curriculum vitae is attached as Exhibit D.**

5.       **Bryan E. "Zeke" Strawbridge, P.E., CFEI, CVFI**
           **SEA, Ltd.**
           **1515 Center Park Drive**
           **Charlotte, NC 28217**

**Zeke Strawbridge is a Project Engineer and is expected to testify concerning his analysis and assessment of the collision which gives rise to this action and Plaintiffs' motorcycle that was involved in the collision. His curriculum vitae is attached as Exhibit E.**

6.       **Ryan Marx, DPT**
           **Garber Physical Therapy**
           **300 N Main St**
           **Greer, SC 29650**

**Ryan Marx is a Physical Therapist with Garber Physical Therapy and is expected to testify regarding his functional capacity evaluations of Plaintiffs Cameron and Corey Bagwell. His curriculum vitae is attached as Exhibit F.**

7.       **Dr. Glenn L. Scott**
           **900 South Pine Street**
           **Spartanburg SC 29302**

**Dr. Glenn L. Scott is on Orthopedic Surgeon and is expected to testify regarding his examination and evaluations expressed in his Independent Medical Examination of Plaintiffs Cameron Bagwell and Corey Bagwell. His curriculum vitae is attached as Exhibit G.**

8.       **Treating physicians of Cameron Bagwell and Corey Bagwell**

**Plaintiffs may call any treating physician of Cameron Bagwell and Corey Bagwell and it is anticipated that they will provide expert opinion concerning the injuries Plaintiffs suffered and the treatment they received.**

9. **Plaintiff reserves the right to call as an expert any expert witnesses identified by Defendants who is an expert in some relevant field.**

                                        **HARRISON|WHITE, P.C.**

                                        s/John B. White, Jr.
                                        **John B. White, Jr.**
                                        **Fed. Bar No.: 4619**
                                        **Wes A. Kissinger**
                                        **Fed. Bar No.: 7180**
                                        **Ryan F. McCarty**
                                        **Fed. Bar No.: 74198**
                                        **Griffin L. Lynch**
                                        **Fed. Bar No.: 09580**
                                        PO Box 3547
                                        Spartanburg SC 29304

                                        864-585-5100

                                        Attorneys for Plaintiffs

Spartanburg, South Carolina

May 11, 2020